# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIPRIANO ALVARADO CALDERON, | 1:05-cv-01106-LJO-TAG HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 13) |
| v. | ORDER DENYING RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 11) |
| A. P. KANE, | |
| Respondent. | ORDER REMANDING CASE BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 11, 2007, Respondent filed a motion to dismiss the instant petition on the grounds that the petition was not filed within the one-year limitation period imposed by 28 U.S.C. § 2244(d)(1). (Doc. 11). On February 22, 2008, the Magistrate Judge assigned to this case filed Findings and Recommendations to deny Respondent's motion to dismiss. (Doc. 13). This Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within eleven days from the date of service of that order. On March 3, 2008, Respondent filed his objections. (Doc. 14).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Respondent's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations is supported by the record and proper analysis.  Respondent's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 22, 2008 (Doc. 13), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 11), is DENIED; and,
3. This case is remanded back to the Magistrate Judge assigned to it for further proceedings.

IT IS SO ORDERED.

**Dated:    March 12, 2008**                              /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE