IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIPRIANO ALVARADO CALDERON,** | 1:05-cv-01106-LJO-TAG HC |
| Petitioner, | **ORDER** |
| v. | |
| **A.P. KANE,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including November 19, 2008.

IT IS SO ORDERED.

Dated:   **November 3, 2008**              /s/ Theresa A. Goldner
                                                       UNITED STATES MAGISTRATE JUDGE

1